DRESSER, Respondent, v. MERCANTILE TRUST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Daniel Le Roy Dresser against the Mercantile Trust Company

and others. No opinion. Order (102 N. Y. Supp. 569) affirmed, with $10 costs and disbursements.